

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00196-CR

Jenna Ve Jordan **CASTILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6683
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 6, 2020.

_____
Patricia O. Alvarez, Justice